IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:11-CR-248 MAC |
| | § | |
| SANTIAGO ADRI SEPULVEDA (3) | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on December 11, 2018, to determine whether Defendant violated his supervised release. Defendant was represented by Frank Henderson. The Government was represented by Camelia Lopez.

On August 6, 2013, Defendant was sentenced by the Honorable Richard A. Schell, United States District Judge, to a sentence of sixty-five (65) months imprisonment followed by a five (5) year term of supervised release for the offense of Conspiracy to Possess with Intent to Distribute 100 Grams or More of Heroin. On November 10, 2015, the term of imprisonment was reduced to sixty (60) months. Defendant began his term of supervision on September 6, 2016. This case was transferred to the Honorable Marcia A. Crone on October 7, 2015.

On September 25, 2017, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 1386). On April 4, 2018, the U.S. Probation Officer filed a First Amended Petition for Warrant or Summons for Offender under Supervision (the "Amended Petition") (Dkt. 1436). The First Amended Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall refrain from any unlawful use of a

controlled substance; (2) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician; (3) Defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the United Stated Probation Office, until such time as Defendant is released from the program by the probation officer; (4) Defendant shall not commit another federal, state, or local crime; and (5) Defendant shall not unlawfully possess a controlled substance.

The Petition alleges that Defendant committed the following violations: (1) On August 2, 2017, Defendant submitted a urine sample which tested positive for amphetamines, benzodiazepines, and opiates. Defendant subsequently admitted to using Xanax, Adderall, and Hydrocodone without a prescription, and signed an admission form stating such; (2) On August 28, 2017, Defendant submitted a urine sample which tested positive for amphetamines, methamphetamine, and opiates. Defendant subsequently admitted to using methamphetamine and heroin, and signed an admission form stating such; (3) On September 7, 2017, Defendant submitted a urine sample which tested positive for amphetamine, methamphetamine, and opiates. The sample was forwarded to Alere Laboratory where it was confirmed to be positive for extended opiates and methamphetamine; (4) On September 13, 2017, Defendant submitted a urine sample which tested positive for amphetamine, methamphetamine, and opiates. The sample was forwarded to Alere Labortory where it was confirmed to be positive for extended opiates and methamphetamines; (5) Defendant failed to submit urine samples as directed on August 23, August 25, September 15, and September 2017. Defendant admitted to the U.S. Probation Office that he did not submit the samples on August 23 and August 25, 2017, because he knew he would test positive. Defendant failed to attend his scheduled

outpatient substance abuse assessment at Fletcher Counseling on August 19 and September 2, 2017; and (6) On March 14, 2018, Defendant was indicted in the Eastern District of Texas for Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. § 841(a)(1). According to the arrest report, Defendant was arrested on February 11, 2018, by the Frisco Police Department after being found to be in possession of heroin, methamphetamine, marijuana, Xanax, and drug paraphernalia. Other than the new federal indictment, no state charges have been filed. As of the writing of the Amended Petition, the charge remains pending.

At the hearing, Defendant entered a plea of true to allegation 4. Defendant waived his right to allocute before the district judge and his right to object to the report and recommendation of this Court. The Court finds that Defendant has violated the terms of his supervised release.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the December 11, 2018, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eighteen (18) months, with no supervised release to follow, to run consecutively to any other sentence being served. The Court further recommends that Defendant's term of imprisonment be carried out in a facility near Fort Worth or at FCI Seagoville, if appropriate.

**SIGNED this 12th day of December, 2018.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE